USDC SCAN INDEX SHEET

















LMM    12/3/98    12:15

3:98-CR-00519   USA V. BOGART

*43*

*CRDOGR.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

## NOTICE OF DOCUMENT DISCREPANCIES

98 DEC -3 AM 7:47

*This space for Clerk's Office File Stamp*

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

TO:   ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Miller__

FROM: __RF MESSIG__, Deputy Clerk   RECEIVED DATE: ____ DEPUTY 2-98

CASE NO.: __98cr0519-JM__   DOCUMENT FILED BY: __USA__

CASE TITLE: __USA vs. Conte__

DOCUMENT ENTITLED: __Addendum to Objections to presentence Report__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☒ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☒ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated intrest |
| ☐ | | OTHER: |

Date forwarded: __12-2-98__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 1.3.

CHAMBERS OF: __JEFFREY T. MILLER__

Dated: __12-2-98__   By: ____

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

43