USDC SCAN INDEX SHEET










```
LMM    12/3/98    12:19
3:98-CR-00519   USA V. BOGART
*44*
*CRRMK.*
```

ORIGINAL

1  CHARLES G. La BELLA
   United States Attorney
2  JAMES W. BRANNIGAN, JR.
   Assistant U. S. Attorney
3  California Bar No. 37816
   880 Front Street, Room 6293
4  San Diego, California 92101
   Telephone: (619) 557-6549
5
6  Attorney for Plaintiff

FILED
98 DEC -3 AM 7:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: NUNC PRO TUNC DEPUTY

DEC = 2 1998

7              UNITED STATES DISTRICT COURT
8             SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )  Criminal Case No. 98cr0519JM
                Plaintiff,      )
10                              )  DATE: December 18, 1998
        v.                      )  TIME: 8:30 a.m.
11                              )
                                )  ADDENDUM TO OBJECTIONS TO
12 RUSSELL J. CONTE,            )  PRESENTENCE REPORT
                                )
13              Defendant.      )
   _____)
14

15     COMES NOW the United States of America, by Charles G. La Bella,
16 United States Attorney, by James W. Brannigan, Jr., Assistant U.S.
17 Attorney, and submits an addendum to its Objections to the Presentence
18 Report.
19     Through inadvertence Attachment A referenced in the Objections
20 to the Presentence Report, and attached hereto, was not attached to
21 the original filing. Attachment A is hereby submitted to the court
22 and parties.
23     DATED: December 2, 1998.
24                              Respectfully submitted,
25                              CHARLES G. La BELLA
                                United States Attorney
26
27
                          By: _____
28                             JAMES W. BRANNIGAN, JR.
                               Assistant U.S. Attorney

44

```
SHEA2  531.01 *              INMATE HISTORY             *    08-22-1996
PAGE 001 OF 001 *              ADM-REL                  *    14:17:32

REG NO..: 03832-081  NAME....: CONTE, RUSSELL J
CATEGORY: ARS       FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
CSL   FT REL      FULL TERM RELEASE (CCCA)       11-12-1992 0805  CURRENT
CSL   A-DES       DESIGNATED, AT ASSIGNED FACIL  09-28-1992 2015  11-12-1992 0805
2-J   RELEASE     RELEASED FROM IN-TRANSIT FACL  09-28-1992 2215  09-28-1992 2215
2-J   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-28-1992 2200  09-28-1992 2215
CSL   TRANSFER    TRANSFER                       09-28-1992 2000  09-28-1992 2000
CSL   A-DES       DESIGNATED, AT ASSIGNED FACIL  08-14-1992 1317  09-28-1992 2000
2-J   RELEASE     RELEASED FROM IN-TRANSIT FACL  08-14-1992 1517  08-14-1992 1517
2-J   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-28-1992 1225  08-14-1992 1517
CSL   ADMIN RFL   ADMINISTRATIVE RELEASE         07-28-1992 1025  07-28-1992 1025
CSL   A-ADMIN     ADMINISTRATIVE ADMISSION       07-28-1992 1023  07-28-1992 1025




G0000       TRANSACTION SUCCESSFULLY COMPLETED
                                                       ATTACHMENT A
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 98cr0519JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE BY MAIL |
| RUSSELL J. CONTE, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Helaine Curtis, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893; I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I will cause to be deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of **ADDENDUM TO OBJECTIONS TO PRESENTENCE REPORT** addressed to John A. Mitchell, Esq., 2320 Fifth Ave., Ste. 310, San Diego, CA 92101-1633, the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of December, 1998.

Helaine Curtis