USDC SCAN INDEX SHEET

















LMM    1/25/99    9:05

3:98-CR-00519   USA V. BOGART

*66*

*CRJGMCOMXC.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

VS

CARMEN C LUCCI, IV    (2)

*71753 -*

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NUMBER 98CR0519-JM

**STEPHEN PETERSON**
Defendant's Attorney

THE DEFENDANT

_X_    pled guilty to_Counts 2 & 11 of the Indictment_

   Accordingly, the defendant is adjudged guilty of such count(s),
which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 18 USC 2314 & 2 | Inducing Interstate Travel to Defraud Aiding and Abetting | 2 |
| 18 USC 1956(a)(1)(A)(i) & 2 | Money Laundering to Promote Illegal Activity, Aiding and Abetting | 11 |

   The defendant is sentenced as provided in pages 2 through_3__of
this Judgment.

   The sentence is imposed pursuant to the Sentence Reform Act of
1984.
   The _remaining counts of the Indictment_ are dismissed on the
government's oral motion.
   It is ordered that the defendant shall pay to the United States a
special assessment of $_50.00 as to each count for a total of $100.00_
payable forthwith; the Court also finds that the defendant is unable
to pay a fine.
   It is further ordered that the defendant shall notify the
United States Attorney for this district within 30 days of any change
of residence or mailing address until all fines, restitution, costs,
and special assessments imposed by this Judgment are fully paid.

66

98CR0519

AO 245B (Rev 3/95) Sheet 4 - Probation
=================================================================
DEFENDANT:  CARMEN C LUCCI, IV    (2)                JUDGEMENT PAGE 2 of 3
CASE NUMBER: 98CR0519-JM

## PROBATION

The defendant is hereby placed on supervised probation for a term
of_FIVE (5) YEARS AS TO COUNTS 2 & 11 CONCURRENTLY_ .
The defendant shall not commit another federal, state, or local
crime.
   The defendant shall not illegally possess a controlled substance.
   *For offenses committed on or after September 13, 1994:*
         The defendant shall refrain from any unlawful use of a
         controlled substance.  The defendant shall submit to one
         drug test within 15 days of placement on probation and at
         least two periodic drug tests thereafter, as directed by the
         probation officer.
_x_ The defendant shall not possess a firearm as defined in 18 U.S.C.
§ 921.  (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it
shall be a condition of probation that the defendant pay any such fine
or restitution in accordance with the Schedule of Payments set forth
in this judgment.

   The defendant shall comply with the standard conditions that have
adopted by this court (set forth below).  The defendant shall comply
with the additional conditions on the attached page (if indicated
below).
   The defendant shall comply with the standard conditions that have
adopted by this court on the attached page.  The defendant shall
comply with the special conditions (listed below).

## SPECIAL CONDITIONS OF PROBATION

_X_        Not possess firearms, explosive devices, or other dangerous
           weapons.
_X_        Be prohibited from opening checking accounts or incurring
           new credit charges or opening additional lines of credit
           without approval of the probation officer.
_X_        Submit to a search of person, property, residence, abode or
           vehicle, at a reasonable time and in a reasonable manner by
           the probation officer.
_X_        Provide complete disclosure of personal and business
           financial records to the probation officer as requested.
_X_        Pay restitution in the amount of $409,372.00, through the
           Clerk, US District Court, jointly and severally with
           codefendants, to Kenneth Murdock, to be paid over the
           period of probation, as directed by the probation officer.

98CR0519

Judgment - Page __3__ of_3__

DEFENDANT:       CARMEN C LUCCI, IV (2)
CASE NUMBER:     98CR0519-JM

## STANDARD CONDITIONS OF SUPERVISION

1)  The defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  The defendant shall support his or her dependents and meet other family responsibilities;
5)  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  The defendant shall refrain from excessive use of alcohol;
8)  The defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such ·notifications and to confirm the defendant's compliance with such notification requirement.

__JANUARY 14, 1999__
Date of Imposition of Sentence


Signature of Judicial Officer
JEFFREY T. MILLER
United States District Judge
Name and Title of Judicial Officer

I hereby attest and certify on /- 2C 99
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

98CR0519